STEPHEN M. LOBBIN
sml@smlavvocati.com
SML AVVOCATI P.C.
888 Prospect Street, Suite 200
San Diego, California 92037
(949) 636-1391 (Phone)

Jay Johnson
*(Admitted Pro Hac Vice)*
Kizzia Johnson PLLC
1910 Pacific Ave.
Suite 13000
Dallas, TX 75201
(214) 451-0164
jay@kjpllc.com

Counsel for Plaintiff
Display Technologies, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DISPLAY TECHNOLOGIES, LLC**<br><br>  Plaintiff,<br><br>  v.<br><br>**AP GLOBAL, INC.,**<br><br>  Defendant. | PATENT<br><br>Case No. 2:20-cv-05041-RSWL-JC<br><br>**PLAINTIFF'S MOTION TO SET ASIDE THE CLERK'S ENTRY OF DEFAULT**<br><br>**(Fed.R.Civ. 55(c))** |

Pursuant to Federal Rule of Civil Procedure 55(c), Plaintiff Display Technologies, LLC ("DT") files this Motion to Set Aside Clerk's Entry of Default, and respectfully requests that the Court set aside the Clerk of Court's entry of default entered on September 11, 2020 (D.I. 19).

**BACKGROUND**

This is a patent case. DT filed its Original Complaint against AP Global, Inc. ("AP Global") on June 8, 2020 (D.I. 1), asserting that the Defendant infringes United States Patent No. 9,300,723 (the "'723 Patent").  Plaintiff served its Original Complaint on Defendant's registered agent according to the Delaware Secretary of State website – The Corporation Trust Company.  The registered agent accepted service of the Original Complaint (Ex. A). After time lapsed for Defendant to file its answer or otherwise respond Plaintiff filed a Request for Entry of Default against AP Global, Inc. Plaintiff attempted to serve the same registered agent with Clerk's Entry of Default (D. I. 19).  The registered agent accepted service (Ex. B).  The registered agent later sent a letter ostensibly rejecting service of the Clerk's Entry of Default (Ex. C).

The rejection letter (Ex. C) has raised a concern that potentially Defendant was never properly served with either the Original Complaint or the Clerk's Entry of Default.  In an abundance of caution, and to avoid an issue regarding service in the future, Plaintiff is respectfully requesting that the Clerk's Entry of Default be set aside.  Plaintiff has been able to effectively serve Defendant (Ex. D) and is therefore requesting the Court to set aside the Clerks Entry of Default (D.I. 19).

**RELIEF REQUESTED**

For these reasons, Plaintiff respectfully requests that the Court set aside the Clerk's Entry of Default (D. I. 19) and grant Plaintiff an additional 45 days to effect service.

Dated: March 18, 2021         Respectfully submitted,

By: */s/Jay Johnson* _____
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on March 18, 2021, I caused to be electronically filed the foregoing **PLAINTIFF'S MOTION TO SET ASIDE THE CLERK'S ENTRY**

2

PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT
Case No. 2:20-cv-05041-RSWL-JC

1 **OF DEFAULT** with the Clerk of the Court using the CM/ECF.

                                        */ s/ Jay Johnson*
                                        *Jay Johnson*