STEPHEN M. LOBBIN
sml@smlavvocati.com
SML AVVOCATI P.C.
888 Prospect Street, Suite 200
San Diego, California 92037
(949) 636-1391 (Phone)

JAY JOHNSON
*(Admitted Pro Hac Vice)*
KIZZIA JOHNSON, PLLC
1910 Pacific Ave., Suite 13000
Dallas, Texas 75201
(214) 451-0164
Fax: (214) 451-0165
jay@kjpllc.com

*Attorney(s) for Plaintiff Display Technologies, LLC*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DISPLAY TECHNOLOGIES, LLC,** *Plaintiff*, v. **AP GLOBAL, INC.** *Defendant.* | **CASE NO.: 2:20-cv-05041-RSWL-JC** **JURY TRAIL DEMANDED** |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Display Technologies, LLC ("Plaintiff" or "Display Tech.") files this Notice of Voluntary Dismissal Without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). According to Rule 41(a)(1)(A)(i), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Accordingly, Plaintiff hereby voluntarily dismisses this action against Defendant AP Global, Inc. without prejudice, pursuant to

Rule 41(a)(1)(A)(i) with each party to bear its own fees and costs.

Dated: April 30, 2021                    Respectfully submitted,

*/s/ Jay Johnson*
**JAY JOHNSON**
*(Admitted Pro Hac Vice)*
KIZZIA JOHNSON, PLLC
1910 Pacific Ave., Suite 13000
Dallas, Texas 75201
(214) 451-0164
Fax: (214) 451-0165
jay@kjpllc.com

***Attorney(s) for Plaintiff Display Technologies, LLC***

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2021, I electronically filed the above document(s) with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to all registered counsel.

*/s/ Jay Johnson*
**JAY JOHNSON**